LOTTIE PARTNER et al. Respondents, *v.* HOWARD S. PALMER et al., as Trustees of the New York, New Haven and Hartford Railroad Company, et al., Appellants.

Argued May 31, 1949; decided July 19, 1949.

*William D. Van Pelt* for Isidor Hershon, appellant.

*Robert M. Peet* and *Edward R. Brumley* for Howard S. Palmer and others, appellants.

*Abraham B. Fuss* and *Benjamin H. Siff* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, and FULD, JJ. BROMLEY, J., concurs for affirmance as to Hershon, but dissents and votes to reverse as to Palmer et al., trustees.